7/23/2024

Martha and Kevin Austin

1902 Martin Avenue

Radford, VA 24141



FILED ROANOKE, VA
U.S. BANKRUPTCY COURT

JUL 23 2024

By _____
DEPUTY CLERK

Bankruptcy case number: 24-70456

Our case was dismissed due to us not completing the class needed in order to file. I am doing this myself and I was confused about when it needed to be done and I apologize. Is there any way we can have our case reinstated? I will take this class this Friday, July 26, 2024. Please.

Thank you,

Martha Austin

*Martha Austin* (signature)